JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE APOLONIO CRUZ RODRIGUEZ ) | NO. CV 09-8439-GHK(DTB) |
| Petitioner, ) | JUDGMENT |
| vs. ) | |
| LINDA SANDERS ) | |
| Respondent. ) | |

Pursuant to our April 30, 2010 dismissing this action for lack of subject matter jurisdiction, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: APRIL 30, 2010

George H. King
United States District Judge